1  
2  JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

3  BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4

5  STEVEN E. SEITZ (NYSBN 4408415)
Special Assistant United States Attorney

6     150 South Almaden Boulevard, Suite 900
   San Jose, California 95113

7     Telephone: (408) 535-5080
   Facsimile: (408) 535-5081

8     steven.seitz@usdoj.gov

9  Attorneys for the United States

10

11

12  IN THE UNITED STATES DISTRICT COURT

13  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  SAN JOSE DIVISION

15

16  UNITED STATES OF AMERICA,           )   No. CR 10-00008 JF
                                        )
17        Plaintiff,                    )   **STIPULATION TO CONTINUE** STATUS
                                        )   ~~SENTENCING HEARING; [PROPOSED]~~
18  v.                                  )   **ORDER**
                                        )
19  CESAR BASURTO,                      )
                                        )
20        Defendant.                    )
    _____ )
21

22      Defendant and the government, through their respective counsel, hereby stipulate that,

23  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

24  Tuesday, February 16, 2010 at 9:00 a.m., be continued to Thursday, March 11, 2010, at 9:00 a.m.

25  The continuance is requested to allow additional time for defense investigation. Additionally,

26  counsel for both parties are involved in preparations for trial in another case set for February 23,

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 10-00008 JF                          1

1  2010.

2          The parties further agree that time should be excluded under the Speedy Trial Act because
3  the ends of justice served by granting the requested continuance outweigh the interest of the
4  public and the defendant in a speedy trial. The failure to grant the requested continuance would
5  deny defense counsel reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence, and would result in a miscarriage of justice. The parties therefore
7  stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and
8  (B)(iv).

9
10  Dated: 2/12/10                              _____/s/_____
                                                VARELL FULLER
                                                Assistant Federal Public Defender
11

12  Dated:                                     _____
                                                STEVEN SEITZ
13                                              Assistant United States Attorney

14  //

15  //

16
17  //

18  //

19
20  //

21  //

22
23  //

24
25  //

26

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 10-00008 JF                              2

1 **[PROPOSED] ORDER**

2    The parties have jointly requested a continuance of the hearing set for Tuesday, February 16, 2010, allow time for the defense to complete investigation, and for continuity of counsel.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Tuesday, February 16, 2010 at 9:00 a.m., be continued to Thursday, March 11, 2010, at 9:00 a.m.

    Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from February 16, 2010 to March 11, 2010.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: 3/10/10

_____
JEREMY FOGEL
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 10-00008 JF    3